UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RACHEL SCANLON, | Civil No. 10-0008 (JRT/SRN) |
| Plaintiff, | |
| v. | |
| GUARDIAN ANGELS HEALTH SERVICES, INC. AND GUARDIAN ANGELS OF ELK RIVER, INC., | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

Nicholas G B May, **FABIAN MAY & ANDERSON, PLLP**, 80 South Eighth Street, Suite 1285, Minneapolis, MN 55402, for plaintiff.

Joseph Weiner and Kerry Middleton, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the stipulation of dismissal filed by the parties on September 16, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice, and without costs to either party. There being no just reason for delay, Judgment of Dismissal shall be immediately entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 22, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                        United States District Judge